■ PATRICIA F. CAMP, Individually and as Parent and Natural Guardian of JANET L. CAMP, an Infant, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 78827.) MARIE DELANEY et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 79325.)—Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Margolis, Israel, J. (Appeal from Order of Court of Claims, Margolis, Israel, J.—Discovery.) Present—Denman, P. J., Doerr, Green, Lawton and Davis, JJ.

■ BOARD OF EDUCATION OF BLOOMFIELD CENTRAL SCHOOL